77 F.3d 463
 Michael F. Mervan
v.
Michael T. Darrell, Gary Ruschman, Kevin Dolan, Employees of
Northhampton County Emergency Services, William Cooke,
Timothy Stephens, Charles Holmberg, Thomas Ritter, Edward
Repyneck, Police Officers of Bethlehem Police Department,
Thomas LLoyd William, Jr., Dr., John Patterson, Dr.,
Northhampton County Emergency Services
 NO. 95-1596
 United States Court of Appeals,
Third Circuit.
 Jan 30, 1996
 Appeal From: E.D.Pa., No. 93-4552
 
 1
 AFFIRMED.